# Original

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | Judge Bonapfel |
| SOUTHWEST RECREATIONAL ) | |
| INDUSTRIES, INC., et al., ) | Case Nos. 04-40656 through |
| ) | 04-40658 |
| ) | |
| ) | (Jointly Administered Under |
| ) | Case No. 04-40656) |
| Debtors. ) | |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Tacoma School District No. 10 ("Tacoma") is an interested party in the above-referenced case and, by and through its undersigned attorneys, hereby enter its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and e-mail address:

Charles E. Shigley
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Facsimile:  (206) 623-7022
Telephone:  (206) 623-7580
Email:  cshigley@prestongates.com



Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Tacoma's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Tacoma is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date:   February 27, 2004

                                PRESTON GATES & ELLIS LLP

                                By _____
                                    Charles E. Shigley, WSBA # 26389
                                    925 Fourth Avenue, Suite 2900
                                    Seattle, WA 98104-1158
                                    (206) 623-7580
                                    Attorneys for Tacoma School District No. 10

CERTIFICATE OF SERVICE

I, Charles E. Shigley, an attorney with the firm of Preston Gates & Ellis LLP, hereby certify that I served the within Notice of Entry of Appearance and Demand for Notices and Papers by causing to be sent a true and correct copy of the same by first-class mail to the persons listed below.

Date: February 27, 2004

Charles E. Shigley

SERVICE LIST

**Jennifer Meir Meyerowitz**
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309
404-881-4791
Fax : 404-881-7777
Email: jmeyerowitz@alston.com

**Kaye Scholer**
425 Park Avenue
New York, NY 10022-3598
(212)836-8000

**Mark I. Duedall**
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309
404-881-7887
Fax : 404-881-7777
Email: mduedall@alston.com

**Matthew W. Levin**
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424

**Leroy Culton**
U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

**Daniel P. Sinaiko**
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
(404) 504-7665
Email: dps@mmmlaw.com

**Frank W. DeBorde**
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 P'Tree Rd., N.E.
Atlanta, GA 30326

K:\24659\00034\CS\CS_P20Q9