# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

In re: SOUTHWEST RECREATIONAL §    Case No. 04-40656-pwb
INDUSTRIES, INC. §

§

      Debtor §

§

## NOTICE OF PAYMENT OF FUNDS INTO THE
## REGISTRY OF THE COURT

     COMES NOW, Ronald L. Glass, trustee of the above-styled estate, and hereby shows as follows:

    1.    In October 2024, the trustee made final distributions in accordance with the Chapter 7 Trustee's Second Amended and Final Report filed July 9, 2024 (Doc. 1846).

    2.    In accordance with 11 U.S.C. § 347(a), payment has been stopped on all checks of the estate which remain unpaid. The total sum of these checks is $395,319.32, which has been deposited with the Court for disposition pursuant to 28 U.S.C. § 2041 *et. seq*.

    3.    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known names and addresses of each of the entities whose final dividend checks have not been presented for payment and the amounts that such entities are entitled to be paid from the property of the estate are listed in the attached exhibit.

Date:  1/31/25              By:    */s/ Ronald L. Glass*

                          Ronald L. Glass, Chapter 7 Trustee
                          3445 Peachtree Road, Suite 1225
                          Atlanta, GA 30326



**Southnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| ACCUGRAPHICS, INC.<br>TARA CHAPPELL, ACCOUNTING SUPERVISOR,<br>7801 NORTH LAMAR, SUITE C-51<br>AUSTIN, TX 78752- | $23.54 |
| ACREE PROPANE<br>BRUCE ACREE,<br>2743 LAKELAND ROAD<br>DALTON, GA 30721- | $66.32 |
| ACREE PROPANE<br>BRUCE ACREE,<br>2743 LAKELAND ROAD<br>DALTON, GA 30721- | $66.32 |
| ADAMS & REESE<br>CHRISTOPHER P. PERQUE, ESQ,<br>4500 ONE SHELL SQUARE<br>NEW ORLEANS, LA 70139- | $261.73 |
| ADP SCREENING AND SELECTION SERVICES<br>36307 TREASURY CENTER<br>CHICAGO, IL 60694-6300 | $8.24 |
| ADVANCED MODE TRANSPORTATION, INC.<br>KIM J. ELSWICK, OFFICE MANAGER,<br>4248 S. DIXIE HWY<br>RESACA, GA 30735- | $745.09 |
| AKIN GUMP STRAUSS HAUER & FELD, LLP<br>RAYMOND E. WHITE,<br>300 WEST 6TH STREET SUITE 2100<br>AUSTIN, TX 78701- | $523.26 |
| AKIN GUMP STRAUSS HAUER & FELD, LLP<br>RAYMOND E. WHITE,<br>300 WEST 6TH STREET SUITE 2100<br>AUSTIN, TX 78701- | $523.07 |
| ALLEN & OVERY (SPAIN)<br>PEDRO DE VALDIVIA, 10 5TH FLOOR<br>MADRID, 28006, | $624.45 |
| ALLISON, ROBERT<br>HOHMANN, TAUBE & SUMMERS, LLP, MARK TAYLOR<br>100 CONGRESS AVENUE<br>AUSTIN, TX 78701 | $257.61 |
| ALTHOFF INDUSTRIES, INC.<br>CURT P. REHBERG AND ASSOCIATES, PC, DOREEN T. PALUCH<br>64 E CRYSTAL LAKE AVENUE<br>CRYSTAL LAKE, IL 60014- | $1,793.16 |
| AURORA PROJECT, GRAND FORKS ND<br>CITY OF GRAND FORKS, HOWARD D. SWANSON,<br>CITY ATTORNEY P.O. BOX 12909<br>GRAND FORKS, ND 58208-2909 | $778.25 |
| AVIS RENT A CAR SYSTEM, INC.<br>KEVIN FOWLER,<br>300 CENTRE POINT DRIVE<br>VIRGINIA BEACH, VA 23462- | $120.76 |
| B.R.G. INTERNATIONAL<br>J. ASHWORTH<br>CARRINGTON FIELD STREET<br>STOCKPORT, CHESHIRE, SK1 3JN, | $4,207.59 |
| BALLARD CONSTRUCTION, INC.<br>MENTER, RUDIN & TRIVELPIECE, P.C., DAWN SIMMONS NORRIS, ESQ.<br>500 SOUTH SALINA STREET<br>SYRACUSE, NY 13202 | $578.38 |
| BARBARA JO EBNER<br>PO BOX 1197<br>450 COOKS CROSSING<br>LIBERTY HILL, TX 78642- | $24.33 |
| BAS RECYCLING, INC.<br>C. MURRAY QUANCE, PRESIDENT,<br>1400 NORTH H STREET<br>SAN BERNARDINO, CA 92405-4316 | $582.42 |

**Southnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| ALVARADO INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICE OF STEPHEN E. DUBNER, STEPHEN E. DUBNER,<br>2002 S. STEMMONS FREEWAY LAKE<br>DALLAS, TX 75065 | $23,357.41 |
| AMOCO FABRICS AND FIBERS<br>NKA PROPEX FABRICS INC. TONY BRAMBLETT,<br>CREDIT MGR, PO BOX 911<br>DALTON, GA 30722- | $1,431.88 |
| ANDALE HIGH SCHOOL PARENT<br>SMITH, SHAY, FARMER & WETTA, L.L.C., DENNIS E. SHAY<br>830 WEST GARVEY BLDG.<br>WICHITA, KS 67202 | $513.03 |
| ANDREW A. ROLAND<br>1004 VILLAGE GREEN DRIVE<br>GILBERTSVILLE, PA 19525- | $54.30 |
| ANHEUSER-BUSCH, INC.<br>MUNSCH HARDT KOPF & HARR, P.C., SEYMOUR ROBERTS, JR.,<br>3800 LINCOLN PLAZA<br>DALLAS, TX 75201 | $157.47 |
| ARCHWAY SALES INC.<br>P.O. BOX 790051<br>ST LOUIS, MO 63179-0051 | $1,864.36 |
| ARIZONA STORAGE RENTAL, INC.<br>TERRI L. HACKETT, PRESIDENT,<br>P.O. BOX 48385<br>PHOENIX, AZ 85075-8385 | $31.49 |
| ARMACELL, LLC.<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, RORY D. WHELEHAN, ESQ.,<br>P.O. BOX 10208<br>GREENVILLE, SC 29603 | $3,606.40 |
| ASPEN EARTHMOVING, LLC<br>DELAINEE GILMORE, A/R MANAGER,<br>P.O. BOX 1090<br>CARBONDALE, CO 81623- | $54.08 |
| AT&T CORP.<br>LISA MCLAIN,<br>1355 WEST UNIVERSITY DRIVE<br>MESA, AZ 85021- | $714.27 |
| ATLAS, INC.<br>LETHA AICHELE, BOOKKEEPER,<br>P.O. BOX 1118<br>BISMARK, ND 58502- | $12.55 |
| BRISTOW RUBBER RECYCLING, LLC<br>NEXSEN PRUET ADAMS KLEEMEIER, LLC, SUZANNE GRAHAM GRIGG, ESQUIRE<br>P.O. DRAWER 2426<br>COLUMBIA , SC 29202 | $1,611.02 |
| BUFFALO CARPENTERS PENSION FUND<br>CREIGHTON PEARCE JOHNSEN & GIROUX, JONATHAN G. JOHNSEN, ESQ.,<br>295 MAIN STREET<br>BUFFALO, NY 14203 | $20,360.95 |
| C.H. ROBINSON COMPANY<br>WILLIAM A. GLAD, A/R MANAGER,<br>8100 MITCHELL ROAD<br>EDEN PRAIRIE, MN 55344- | $1,218.10 |
| CARPENTERS AND MILLRIGHTS BENEFIT TRUST FUND<br>PARSON HEIZER & PAUL - MIRANDA HAWKINS<br>2401 15TH ST. #300<br>DENVER, CO 80202- | $8.60 |
| CARPENTERS AND MILLRIGHTS BENEFIT TRUST FUND<br>PARSON HEIZER & PAUL - MIRANDA HAWKINS<br>2401 15TH ST. #300<br>DENVER, CO 80202- | $57.84 |
| CARPET & RELATED EQUIPMENT SERVICES<br>STEVE C. KINSEY, PRESIDENT,<br>148 WILTSHIRE DRIVE<br>DALTON, GA 30721- | $88.91 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| BEN RICHEY PAVING<br>BEN RICHEY,<br>861 E. EL PASO AVENUE<br>FRESNO, CA 93720-2530 | $5.26 |
| BEST SAND CORP. (FAIRMOUNT MINERALS)<br>WAYNE KUNST, CREDIT MANAGER,<br>P.O. BOX 931707<br>CLEVELAND, OH 44193-1114 | $79.99 |
| BLACK & DUGGAN & MOSS PC<br>888 W. BIG BEAVER STE. 777<br><br>TROY, MI 48084- | $243.29 |
| BLADIUM SPORTS CLUB<br>ATTN: BRAD SHOOK, PRESIDENT,<br>2343 CAMBRIDGE AVE<br>CARDIFF, CA 92007- | $2,481.31 |
| BRANFORD HIGH SCHOOL STADIUM<br>SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC, MARK J. SOMMARUGA<br>646 PROSPECT AVENUE<br>HARTFORD, CT 06105-4286 | $1,013.20 |
| CHEMCENTRAL SOUTHWEST L.P.<br>PATRICK L. DALFERES, REGIONAL CREDIT MGR<br>P.O. BOX 41065<br>HOUSTON, TX 77241-1065 | $6.60 |
| CHESAPEAKE WIPER & SUPPLY, INC.<br>DEBBIE STEHLI, ASSISTANT ADMINISTRATOR,<br>6601 TRIBUTARY STREET<br>BALTIMORE, MD 21224- | $21.74 |
| CHICAGO, CITY OF<br>VANESSA MCFADDEN, AUDITOR,<br>DEPT OF REVENUE BUSINESS BANKRUPTCY<br>CHICAGO, IL 60604- | $43.40 |
| CHICAGO, CITY OF<br>VANESSA MCFADDEN, AUDITOR,<br>DEPT OF REVENUE BUSINESS BANKRUPTCY<br>CHICAGO, IL 60604- | $43.40 |
| CHRISTOPER STEINER<br>14729 54TH PL. W.<br><br>EDMONDS, WA 98026- | $5.21 |
| CIT GROUP/COMMERCIAL SERVICES INC.<br>HOWARD BIOLANSKY, ASST. V.P.,<br>1211 AVE. OF THE AMERICAS<br>NEW YORK, NY 10036- | $180.21 |
| CLAPHAM, CHRISTOPHER DAVID<br>P. O. BOX 53191<br>LIMASSOL, 3301<br>CYPRUS, | $229.75 |
| CLAUDIA RAMIREZ<br>1881 RIVERBEND RD<br><br>DALTON, GA 30721- | $10.83 |
| COLBOND, INC.<br>COLBOND, INC.<br>C/O EULER HERMES ACI 800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | $960.44 |
| COLE-PARMER INSTRUMENT COMPANY<br>SAM PUHAR, FINANCE MANAGER,<br>625 E. BUNKER COURT<br>VERNON HILLS, IL 60061- | $1.14 |
| COLFAX CONSTRUCTION<br>JAMES H. CASEY, ESQ.,<br>418 OLD SILVERTON ROAD<br>BRICK, NJ 08723 | $743.34 |
| DHL EXPRESS (USA), INC.<br>JUN LUCERO,<br>515 W. GREENS RD. SUITE 100<br>HOUSTON, TX 77067- | $700.08 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| CARPET & RELATED EQUIPMENT SERVICES<br>STEVE C. KINSEY, PRESIDENT,<br>148 WILTSHIRE DRIVE<br>DALTON, GA 30721- | $88.91 |
| CECO B.V.<br>D. MAASSEN, DIRECTOR<br>KLIPPERWG 14 MAASTRICHT, 6222 PC<br>THE NETHERLANDS, 0 | $202.14 |
| CECO B.V.<br>D. MAASSEN, DIRECTOR<br>KLIPPERWG 14 MAASTRICHT, 6222 PC<br>THE NETHERLANDS, 0 | $202.14 |
| CHAMPAIGN COMMUNITY SCHOOLS<br>FLYNN, PALMER & TAGUE, MICHAEL J. TAGUE<br>P.O. BOX 1517<br>CHAMPAIGN, IL 61824-1517 | $5,394.12 |
| CHEMCENTRAL CORPORATION<br>SHAYNE A. DENTON, CREDIT MANAGER,<br>7050 W. 71ST STREET<br>BEDFORD PARK, IL 60638- | $260.56 |
| COMACK PLUMBING CO., INC.<br>JOHN COTTRELL, OWNER,<br>825 8TH AVENUE<br>OAKLAND, CA 94606- | $640.53 |
| CONECTIV<br>RACHELLE HASSLER, REVENUE RECOV/BK DEPT<br>5 COLLINS DRIVE<br>CARNEYS POINT, NJ 08069- | $10.39 |
| CONNECTICUT DEPT. OF REVENUE<br>PAMELA CALACHAN TAX UNIT ASST MGR DEPT<br>DEPT OF REVENU SVCS C&E DIV BK SECTION 25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | $1.49 |
| CONTAINER SERVICE CORPORATION<br>R. MIKE WITHROCK<br>P.O. BOX 705<br>DALTON, GA 30722-0705 | $31.50 |
| COUNTY OF BERGEN<br>DEPARTMENT OF PARKS & RECREATION<br>OFFICE OF BERGEN COUNTY COUNSEL, JILL M FADER ESQ ONE BERGEN COUNTY PLAZ/<br>HACKENSACK, NJ 07601- | $3,202.96 |
| COUNTY OF WILLIAMSON<br>MICHAEL REED-MCCREARY VESELKA BRAGG & AL<br>5929 BALCONES DR<br>AUSTIN, TX 78755- | $3,725.32 |
| CROWLEY CHEMICAL<br>W. J. JENNINGS, PRESIDENT,<br>261 MADISON AVENUE<br>NEW YORK, NY 10016- | $655.40 |
| D' ANGELO BROS., INC.<br>COHEN SEGLIAS, MARIAN A. KORNILOWICZ, ESQ. ,<br>30 S. 17TH ST.<br>PHILADELPHIA, PA 19103 | $5,908.78 |
| DANIEL J. KEATING COMPANY<br>NINA FISHER, CORPORATE COUSEL,<br>134 NORTH NARBERTH AVENUE<br>NARBERTH, PA 19072- | $342.20 |
| DEBBIE ANN NEWPORT<br>188 WHEELER DAM ROAD<br><br>COHUTTA, GA 30710-9165 | $21.91 |
| DEVELOPMENT ASSOCIATES, INC.<br>LINDA SHORTMAN, SECRETARY,<br>300 OLD BAPTIST ROAD<br>NORTH KINGSTOWN, RI 02852- | $207.89 |
| ENERGY SOLUTIONS<br>2655 DALLAS HWY, STE 250<br><br>MARIETTA, GA 30064- | $385.52 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| DIAMOND LEASE (U.S.A.)-(SRII02-002) ROBERT MARSHALL, ESQ., 155 WILLOWBROOK BLVD. WAYNE, NJ 07470 | $4,262.99 |
| DON SHAPERO, PRESIDENT USINDOOR, INC., P.O. BOX 6569 ARLINGTON, VA 22206- | $137.85 |
| DOUGLAS MURPHY COMMUNICATIONS, INC. GRANT W. MURPHY, PRESIDENT, 8730 STONY POINT PARKWAY STE. 250 RICHMOND, VA 23235- | $34.21 |
| DUN AND BRADSTREET D&B/RMS BANKRUPTCY SERVICES, WENDY B. FINNEGAN P.O. BOX 5126 0 TIMONIUM, MD 21094 | $367.65 |
| DUN AND BRADSTREET D&B/RMS BANKRUPTCY SERVICES, WENDY B. FINNEGAN P.O. BOX 5126 0 TIMONIUM, MD 21094 | $32.07 |
| DUNCANVILLE INDEPENDENT SCHOOL DISTRICT BRACEWELL & PATTERSON, LLP, MONICA BERRY 500 NORTH AKARD DALLAS, TX 75201 | $34,462.65 |
| DYNAMIC REPROGRAPHICS CHERIE GUY, CORP. SEC., 1002 WEST 12TH STREET AUSTIN, TX 78703- | $8.94 |
| ECONO LODGE INN & SUITES NANCY SANDRO, OWNER, 1209 NORTH WALTON BLVD. BENTONVILLE, AR 72712- | $49.45 |
| EDGE DEVELOPMENT, INC. MARKS, GOLIA & FINCH, LLP, P. RANDOLPH FINCH, JR., ESQ. 3900 HARNEY STREET SAN DIEGO, CA 92110 | $769.35 |
| ELISA D. WILLIAMS 502 APPLEBROOK DR ROSSVILLE, GA 30741- | $46.01 |
| FRANKS, PAUL S. 17450 EDGEWATER DRIVE LAKEWOOD, OH 44107- | $14.01 |
| GARDEN PLAIN HIGH SCHOOL SMITH, SHAY, FARMER & WETTA, L.L.C., DENNIS E. SHAY 830 WEST GARVEY BLDG. WICHITA, KS 67202 | $1,007.96 |
| GEORGE E. JONES DBA YARN EQUIPMENT SPECIALTIES, 504 SOUTH 3RD AVE. CHATSWORTH, GA 30705- | $151.02 |
| GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION-BANKRUPTCY SECTION PO BOX 161108 ATLANTA, GA 30321-1108 | $39.26 |
| GEORGIA POWER COMPANY LAKECIA BURNHAM, P.O. BOX 4545 BIN 800002/LAKECIA BURNAM MCDONOUGH, GA 30253- | $388.64 |
| GEORGIA, STATE OF DEPARTMENT OF REVENUE, COMPLIANCE DIV. - BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321- | $3.77 |
| GEORGIA, STATE OF DEPARTMENT OF REVENUE, COMPLIANCE DIV. - BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321- | $3.77 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| ERIC POTTER CLARKSON T. RICHARDS, CREDIT CONTROLLER, PARK VIEW HOUSE  58 THE ROPEWALK NOTTINGHAM NG1 5DD , UK | $23.74 |
| ERNST & YOUNG ACCOUNTANTS MR. A. VERHOEFF, P. O. BOX 634 P.O. BOX 634 ZWOLLE THE NETHERLANDS, | $348.32 |
| EUROPEAN ASSOC. FOR TEXTILE POLYOLEFINS COLIN M. PURVIS, A/K/A E.A.T.P. E VAN NIEUWENHUYSELAAN 4 BRUSSELS, B1160 BELGIUM, 0 | $47.97 |
| FEDERAL EXPRESS CORPORATION CINDY MEACHAM TREASURY AGT ATTN RECOV/BK 2005 CORPORATION AVENUE, 2ND FLOOR MEMPHIS, TN 38132- | $659.47 |
| FEDERAL PUBLIC SERVICE FINANCE GENT BUITENLAND-TAX COLLECTORS OFFICE G. CROMMENLAAN 6/202   B. 9050 GENT BELGIUM, | $552.90 |
| FLEXPAY POSTBUS 1260 5004 BG TILBURG NETHERLANDS, | $56.30 |
| FLI, INC. DBA COFACE NORTH AMERICA, INC., DENISE FIRELLI, INSOLVENCY COLLECTOR P.O. BOX 2102 CRANBURY, NJ 08512 | $293.62 |
| FOLTZ EXCAVATING, INC. WANDA SLOAN, OFFICE MANAGER, P.O. BOX 1276 GARDEN CITY, KS 67846- | $33.84 |
| FORMULA TECHNOLOGY DEWEY YOUNG, 4475 RIVER GREEN PARKWAY SUITE 100 DULUTH, GA 30096- | $100.92 |
| FORT MOUNTAIN TRUCK REPAIR MICHAEL J. TUCK, ATTORNEY 120 N. THIRD AVE. CHATSWORTH, GA 30705- | $22.29 |
| HALE, ROBERT A. 3504 WILLOW GROVE COURT GREENSBORO, NC 27410- | $1,230.59 |
| HARTE-HANKS S.E. COPELAND, VICE PRESIDENT OF FINANCE 2800 WELLS BRANCH PARKWAY AUTIN, TX 78728- | $370.00 |
| HARTFORD FIRE INSURANCE COMPANY BOVIS, KYLE, BURCH & MEDLIN LLC C/O JOHN V. BURCH 200 ASHFORD CENTER NORTH SUITE 500 ATLANTA, GA 30338-2668 | $68,730.18 |
| HEAVENLY HAM KENNETH HIGGINS, PRESIDENT, 113 OLD PADONIA ROAD SUITE 210 COCKEYSVILLE, MD 21030- | $19.10 |
| HENDERSON CTY. BOARD OF PUBLIC EDUCATION C/O ROBERTS & STEVENS BB&T BUILDING ONE WEST PACK SQUARE SUITE 1100 ASHEVILLE, NC 28801 | $606.54 |
| HILL COUNTRY SPECIALTIES, INC. ELIZABETH BERMAN, OWNER, 1010 AVENUE B FREDERICKSBURG, TX 78624-2602 | $61.95 |
| HI-TECH SECURITY SYS. INC. KIM DAVIS, P.O. BOX 3862 DALTON, GA 30719- | $10.99 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| GLENN O. HAWBAKER, INC.<br>CLINTA J. FRANK, CREDIT MGR.,<br>P.O. BOX 135 1952 WADDLE ROAD<br>STATE COLLEGE, PA 16804- | $1.82 |
| GM ENGINEERS AND CONTRACTING, INC.<br>ALBERT M. SOPHIEA, ESQ.<br>24555 SOUTHFIELD ROAD<br>SOUTHFIELD, MI 48075 | $100.38 |
| GOLD KEY LOCK AND SECURITY HARDWARE INC<br>LAURA COCHRAN,<br>116 NORTH PARK DRIVE<br>CHATSWORTH, GA 30705- | $4.00 |
| HAHN LOESER & PARKS LLP<br>DANIEL A. DEMARCO, ESQ.,<br>3300 BP TOWER 200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2301 | $32.09 |
| ILLINOIS BELL TELEPHONE, L.P.<br>D. HUGHES, BANKRUPTCY REPRESENTATIVE,<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798- | $31.51 |
| ILLINOIS BELL TELEPHONE, L.P.<br>D. HUGHES, BANKRUPTCY REPRESENTATIVE,<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798- | $31.51 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603- | $64.22 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204- | $35.00 |
| INDIANA DEPARTMENT OF REVENUE<br>AVRETT PONDER & WITHROCK-M. WITHROCK<br>402 WEST CUYLER ST  PO BOX 705<br>DALTON, GA 30722-0705 | $0.42 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $10.41 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $10.41 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $1.25 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $1.03 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $0.66 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $0.66 |
| JOHNNY D. CARNER<br>359 CLARK RD<br>TUNNEL HILL, GA 30755- | $23.33 |
| JONATHAN P. RENNER<br>4331 W. WAGON TRAIL DR<br>LITTLETON, CO 80123- | $52.95 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| HUBBARD, DARRYL C. AND HOLLY HUBBARD<br>KATZ, GREENBERGER & NORTON, LLP., RICHARD L. NORTON,<br>105 EAST 4TH STREET<br>CINCINNATTI, OH 45202 | $8,271.04 |
| HUEBINGER STUDIOS, INC.<br>205 NORTH MAYS<br>ROUND ROCK, TX 78664- | $18.21 |
| HUNTSMAN POLYMERS CORP.<br>L. D. DICKEY, SR. CREDIT ANALYST,<br>10003 WOODLOCH FOREST DRIVE STE 260<br>THE WOODLANDS, TX 77380-1919 | $2,640.82 |
| ILLINOIS BELL TELEPHONE, L.P.<br>D. HUGHES, BANKRUPTCY REPRESENTATIVE,<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798- | $31.51 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $0.66 |
| INDIANA DEPARTMENT OF REVENUE<br>CAROL LUSHELL, TAX ANALYST, BK SECTION,<br>ROOM N-203 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204- | $0.16 |
| INDIANA UNIVERSITY<br>BARNES & THORNBURG LLP<br>MICHAEL K MCCROY/SCOTT C HOLLINGSWORTH 11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS, IN 46220 | $76.10 |
| IN-TOUCH COMPUTER SERVICE INC.<br>MARSHA W. DUCK, MGR.,<br>2109 CLEVELAND HWY<br>DALTON, GA 30721- | $130.70 |
| IOWA, STATE OF<br>JON CLEEREMAN, AR PROGR IOWA DEPT OF<br>REVENUE AND FINANCE HOOVER ST OFF BLDG<br>DES MOINES, IA 50319- | $22.05 |
| ISAAC, BRANT, LEDMAN & TEETOR LLP<br>SCLYD D. ANDERSON, ASSOCIATE,<br>250 EAST BRAOD STREET SUITE 900<br>COLUMBUS, OH 43215-3742 | $58.83 |
| J.A. CISSEL<br>CLARK NOONAN, TREASURER,<br>P.O. BOX 20025<br>LAKEWOOD, NJ 08701-8025 | $384.03 |
| JANI-KING OF CLEVELAND<br>JOE CAROLLO, PRESIDENT/REGIONAL DIRECTOR<br>9200 SOUTH HILLS BOULEVARD SUITE 150<br>BROADVIEW HEIGHTS, OH 44147- | $14.35 |
| JEFFREY S. WILSON<br>716 E. LINCOLN ST<br>PALATINE, IL 60074- | $43.68 |
| JEWISH COMMUNITY CENTER<br>ADAM R. GLINN, ESQ.<br>800 INMAN AVENUE<br>COLONIA, NJ 07067 | $151.64 |
| JEWISH COMMUNITY CENTER<br>ADAM R. GLINN, ESQ.<br>800 INMAN AVENUE<br>COLONIA, NJ 07067 | $151.64 |
| L & M DISTRIBUTION, INC.<br>MARK STEPHENS, SR., PRESIDENT,<br>P.O. BOX 10548<br>SAN RAFAEL, CA 94912- | $82.71 |
| L.A. STEELCRAFT PRODS, INC.<br>JOHN C. GAUDESI, COO,<br>1975 N. LINCOLN AVE.<br>PASADENA, CA 91103- | $104.82 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| JOSE FRAIRE<br>600 OLIVIA DR<br><br>DALTON, GA 30721- | $17.18 |
| JP MORGAN CHASE<br>APRIL POWELL, LOSS MITIGATION MANAGER,<br>3949 SOUTH 700 EAST SUITE 500<br>SALT LAKE CITY, UT 84107- | $13,759.34 |
| KAB ACCOUNTANTS & BELASTINGADV<br>POSTBUS 32<br>OZBO AA KAMPEN<br>NETHERLANDS, | $218.38 |
| KAB ACCOUNTANTS & BELASTINGADV<br>POSTBUS 32<br>OZBO AA KAMPEN<br>NETHERLANDS, | $218.38 |
| KAB ACCOUNTANTS & BELASTINGADV<br>POSTBUS 32<br>OZBO AA KAMPEN<br>NETHERLANDS, | $182.00 |
| KATHY STOWE<br>20307 HIGHLAND LAKE DR<br><br>LAGO VISTA, TX 78645- | $25.03 |
| KAUPMAN, GEOFF S.<br>505 CABLE RD<br><br>WALESKA, GA 30183- | $195.29 |
| KELLY STRINE<br>10103 ACKLEY BLVD<br><br>PARMA HEIGHTS, OH 44130- | $37.33 |
| L & M DISTRIBUTION, INC.<br>MARK STEPHENS, SR., PRESIDENT,<br>P.O. BOX 10548<br>SAN RAFAEL, CA 94912- | $82.71 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E. LUNA, P.C., ANDREA SHEEHAN<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | $198.85 |
| LINDE GAS LLC<br>ARLENE ZIMMERMAN, SR. CREDIT ADMIN.,<br>P.O. BOX 94737<br>CLEVELAND, OH 44101-4737 | $64.44 |
| LOGANBERRYS<br>JANE E. MCHERLEY, OWNER,<br>251 NORTH HAMILTON ST.<br>DALTON, GA 30720- | $2.30 |
| LOGISTICS MANAGEMENT SERVICES<br>STEVE LUDWIGSON, PRESIDENT,<br>P.O. BOX 21913<br>EAGAN, MN 55121-0913 | $63.16 |
| LQ MANAGEMENT LLC.<br>DOUG ELDRIDGE, CREDIT MANAGER,<br>ATTN: C&C DEPT. 112 E. PECAN STREET<br>SAN ANTONIO, TX 78205- | $1,141.91 |
| LUTHERAN HIGH SCHOOL ASSOCIATION<br>MICHAEL A. BECKER<br>211 N. BROADWAY<br>ST. LOUIS, MO 63102 | $1,871.86 |
| M & M MOVERS<br>APRIL MASTERS COLLS NKA M&M SUPER MOVERS<br>8500 RESEARCH BLVD.<br>AUSTIN, TX 78758- | $37.20 |
| MAINTENANCE RUBBER & PUMP CO.<br>VIVIAN PETTIGREW, CO-OWNER/BKKPR.,<br>P.O. BOX 22314<br>CHATTANOOGA, TN 37422- | $8.22 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| LAB SAFETY SUPPLY, INC.<br>TAMMY BRADLEY, CREDIT SERVICES SUPVR. ,<br>P.O. BOX 5004<br>JANEVILLE, WI 53547-5004 | $5.77 |
| LABOR READY, INC.<br>THOMAS G. MILAZZO, ESQ<br>3636 SOUTH I-10 SERVICE ROAD WEST<br>METARIE, LA 70001 | $216.36 |
| LAFARGE WEST, INC.<br>LOIS T. LEVISON, ATTY. AT LAW<br>9181 EAST BERRY COURT<br>GREENWOOD VILLAGE, CO 80111 | $120.31 |
| LAFARGE WEST, INC.<br>LOIS T. LEVISON, ATTY. AT LAW<br>9181 EAST BERRY COURT<br>GREENWOOD VILLAGE, CO 80111 | $39.11 |
| LASKO & LIND CO., LPA<br>RONALD H. LASKO, PRES.,<br>1406 WEST SIXTH STREET SUITE 200<br>CLEVELAND, OH 44113-1300 | $200.47 |
| LAVELLE & ASSOCIATES<br>ELEISSA C. LAVELLE, PRESIDENT,<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117- | $112.02 |
| LAVELLE & ASSOCIATES<br>ELEISSA C. LAVELLE, PRESIDENT,<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117- | $112.02 |
| LAVELLE & ASSOCIATES<br>ELEISSA C. LAVELLE, PRESIDENT,<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117- | $112.02 |
| LENNY D. MONTA<br>PO BOX 1600<br><br>BUCKLEY, WA 98321- | $5.05 |
| MARSHA BOEDER<br>HUMAN INSURANCE<br>333 MAIN STREET<br>GREEN BAY, WI 54301- | $927.55 |
| MARYLAND SOCCER FOUNDATION INC.<br>FERGUSON, SCHETELICH & BALLEW P.A., PETER J. BASILE, ESQ.,<br>100 SOUTH CHARLES STREET<br>BALTIMORE, MD 21201 | $6,892.53 |
| MATTINGLY, MARK L.<br>26727 FM 963<br><br>OAKALLA, TX 78608- | $184.31 |
| MILLER & MARTIN PLLC<br>CHARLES FORLIDAS,<br>1170 PEACHTREE STREET NE SUITE 800<br>ATLANTA, GA 30309- | $541.70 |
| MISSOURI DEPT. OF LABOR & EMPL. SECURITY<br>NINION RILEY, COUNSEL<br>PO BOX 59<br>JEFFERSON CITY, MO 65104-0059 | $399.78 |
| MOBILE MINI, INC.<br>7420 S. KYRENE RD. SUITE 101<br><br>TEMPE, AZ 85283- | $40.29 |
| MONTA, LENNY D.<br>INSTALLER,<br>P.O. BOX 1600 248 A STREET<br>BUCKLEY, WA 98321- | $277.08 |
| MORRIS A. BORENHEIM,<br>687 LONE WILLOW DRIVE<br><br>CORVALLIS, MT 59828-9760 | $126.61 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| MAINTENANCE RUBBER & PUMP CO.<br>VIVIAN PETTIGREW, CO-OWNER/BKKPR.,<br>P.O. BOX 22314<br>CHATTANOOGA, TN 37422- | $8.22 |
| MALLARD CREEK POLYMERS<br>MARK CEREPAK, TEASURER,<br>210 SUMMIT AVENUE<br>MONTVALE, NJ 07645- | $452.81 |
| MARCO ORONA<br>1881 RIVERBEND RD<br><br>DALTON, GA 30721- | $68.38 |
| NATIONAL POLYFAB COMPANY, INC<br>FRANCIS R. WHITE, III<br>205 EAST LOCKWOOD STREET<br>COVINGTON, LA 70433 | $12.18 |
| NATIONS EXPRESS, INC.<br>STEVEN KISER CREDIT MGR, WW TRANS SVCS<br>P.O. BOX 19247<br>CHARLOTTE, NC 28219- | $212.88 |
| NES RENTALS<br>PATTI BECKER, DEPARTMENT MANAGER,<br>P.O. BOX 8500-1226<br>PHILADELPHIA, PA 19178-1226 | $50.35 |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE, BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | $31.54 |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE, BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | $14.47 |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE, BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | $3.50 |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE, BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | $2.92 |
| NEWMAN STADIUM<br>MAIELLO, BRUNGO & MAIELLO, LLP, MICHAEL A. O'RORKE, ESQ.,<br>3301 MCCRADY ROAD<br>PITTSBURGH, PA 15235 | $4,012.31 |
| NILIT AMERICA CORP.<br>SEYMOUR GILLMAN,<br>1700 NORTH DIXIE HIGHWAY, SUITE 150<br>BOCA RATON, FL 33432- | $1,804.09 |
| NORTH ALLEGHENY SCHOOL DISTRICT<br>MAIELLO, BRUNGO & MAIELLO, LLP, MICHAEL A. O'RORKE, ESQ.<br>3301 MCCRADY ROAD<br>PITTSBURGH, PA 15235 | $152.50 |
| NORTH AMERICAN VAN LINES INC.<br>5001 US HWY. 30 W<br><br>FORT WAYNE, IN 46818- | $453.12 |
| PLAY SURFACES<br>DAVID SPELLMAN, PRESIDENT,<br>226 WAVERLY PLACE<br>WAUKESHA, WI 53186- | $352.90 |
| POLYMER INTERNATIONAL, LTD<br>ALLEYN M. PARTIO, CONTROLLER,<br>P.O. BOX 1916<br>DALTON, GA 30722-1916 | $458.78 |
| PRIMEDIA BUSINESS MAGAZINES & MEDIA<br>JOE ALMOHTADI, CREDIT DIRECTOR,<br>P.O. BOX 12901<br>OVERLAND PARK, KS 66282- | $75.34 |
| MZI<br>RICHARD A. ZIRBEC, PRESIDENT,<br>7677 LONE PINE DR.<br>OLDEN, CO 80403- | $29.44 |
| NASHUA, CITY OF<br>MICHAEL S. ASKENAIZER, LAW OFFICES OF,<br>60 MAIN STREET<br>NASHUA, NH 03060 | $545.11 |
| NATIONAL FIELD HOCKEY COACHES ASSOC<br>JENNIFER J GOODRICH, EXEC DIR, NFHCA INC<br>11921 MEADOW RIDGE TERRACE<br>GLEN ALLEN, VA 23059- | $827.10 |
| NORTH GEORGIA DISPOSAL, INC.<br>THOMAS A. HADDACH, VICE PRESIDENT,<br>2207 INDUSTRIAL SOUTH ROAD<br>DALTON, GA 30720- | $177.15 |
| NORWIN SCHOOL DISTRICT<br>MAIELLO, BRUNGO & MAIELLO, LLP, MICHAEL A. O'RORKE, ESQ<br>3301 MCCRADY ROAD 0<br>PITTSBURGH, PA 15235 | $682.36 |
| NYEMASTER, GOODE, VOIGHTS, WEST<br>HANSELL & O'BRIEN, FRANK HARTY, ESQ.<br>BENJAMIN ROACH<br>DES MOINES, IA 50309- | $52.80 |
| O & O NEW MEDIA B.V./SALESPROMOTOR<br>SEYMOUR GILLMAN<br>1700 NORTH DIXIE HIGHWAY<br>BOCA RATON, FL 33432 | $190.55 |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L. DAUM,<br>30 EAST BROAD STREET<br>OLUMBUS, OH 43215- | $404.55 |
| OSTERLAND COMPANY<br>FRANTZ WARD LLP, MATTHEW MATHENEY & MELISSA JONES<br>55 PUBLIC SQUARE BUILDING<br>CLEVELAND, OH 44113-1999 | $895.22 |
| OWEN J. ROBERTS SCHOOL DISTRICT<br>KEGEL, KELIN, ALMY, & GRIMM LLP, JOHN S. LAWLER<br>24 NORTH LIME STREET<br>LANCASTER, PA 17602 | $30,008.41 |
| PIKE INDUSTRIES<br>HALL MORSE ANDERSON MILLER & SPINELLA, FRANK P. SPINELLA, JR.,<br>14 CENTRE STREET<br>CONCORD, NH 03302-2289 | $128.13 |
| PIONEER MANUFACTURING COMPANY<br>ANGELLA M. BIRO, A/R DEPT.,<br>4529 INDUSTRIAL PARK<br>CLEVELAND, OH 44135- | $3.24 |
| PIPELAYERS, INC.<br>MARY SOWARDS, PRESIDENT,<br>7580 GRISSOM ROAD<br>SAN ANTONIO, TX 78251- | $217.80 |
| PLAY SURFACES<br>DAVID SPELLMAN, PRESIDENT,<br>226 WAVERLY PLACE<br>WAUKESHA, WI 53186- | $352.90 |
| RIO GRANDE CO.<br>BRENT BROEKEMEIER, GEN. MGR.,<br>201 SANTA FE DR.<br>DENVER, CO 80223- | $27.77 |
| RIVER BASIN ENGINEERING, INC.<br>GARY A. MOORE, SR., PRESIDENT,<br>724 YORKLYN ROAD, SUITE 300<br>HOCKESSIN, DE 19707- | $9.51 |
| ROBERT WOLESENSKY<br>C/O JOHN A. THOMSON, JR. WOMBLE CARLYLE<br>1201 W. PEACHTREE STREET, STE 5300<br>ATLANTA, GA 30309- | $158.26 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| PRINTING PLUS OF SOUTH JERSEY,INC<br>KAREN BEHNKE, MANAGER,<br>406 N. ROUTE 73<br>WEST BERLIN, NJ 08091- | $5.69 |
| QWEST CORPORATION<br>LAURIE LINDEMANN, CREDIT CONSULTANT,<br>BANKRUPTCY DESK BOX 5508<br>BISMARCK, ND 58506- | $14.79 |
| RAC TRANSPORT CO., INC.<br>MICHAEL V. RIECSS, CONTROLLER,<br>P.O. BOX 17459<br>DENVER, CO 80217- | $19.77 |
| RAYMOND WATSON<br>422 BAILEY AVE<br><br>DALTON, GA 30721- | $19.35 |
| RECOVERY TECHNOLOGIES GROUP, INC.<br>NEXSEN PRUET ADAMS KLEEMEIER, LLC, SUZANNE GRAHAM GRIGG, ESQUIRE<br>P.O. DRAWER 2426<br>COLUMBIA , SC 29202 | $1,357.15 |
| RENTAL SERVICE CORPORATION<br>DOREHE CARLSON, SR. CREDIT ANALYST,<br>3200 HARBOR LANE NORTH<br>MINNEAPOLIS, MN 55447- | $723.27 |
| RENTAL SERVICE CORPORATION<br>DOREHE CARLSON, SR. CREDIT ANALYST,<br>3200 HARBOR LANE NORTH<br>MINNEAPOLIS, MN 55447- | $176.12 |
| RICE, JAMES RANDOLPH<br>BRUCE STOLTZE<br>550 39TH ST.<br>DES MOINES, IA 50312 | $36,208.56 |
| SCHULENBURG ISD<br>C. DANIEL ROBERTS & ASSOCIATES, P.C., C. DANIEL ROBERTS<br>1602 E. CESAR CHAVEZ<br>AUSTIN, TX 78702 | $8,433.35 |
| SCOTT, JAMES C.<br>848 HOOTE<br><br>TOWN ROAD CRANE, MO 65633- | $115.79 |
| SEARS COMMERCIAL CREDIT<br>LINDA HENDRICKS,<br>4300 WESTOWN PKWY<br>WEST DE MOINES, IA 50266-1036 | $10.01 |
| SEATON, REED<br>HOHMANN, TAUBE & SUMMERS, LLP, MARK TAYLOR<br>100 CONGRESS AVENUE<br>AUSTIN, TX 78701 | $2,358.95 |
| SELECTRONICS, INC.<br>PAULA BEACHUM, OFFICE MANAGER,<br>100 COVINGTON STREET<br>WADESBORO, NC 28170- | $12.60 |
| SELECTRONICS, INC.<br>PAULA BEACHUM, OFFICE MANAGER,<br>100 COVINGTON STREET<br>WADESBORO, NC 28170- | $12.60 |
| SELECTRONICS, INC.<br>HENRY H. MORTON, PRESIDENT,<br>100 COVINGTON STREET<br>WADESBORO, NC 28170- | $12.60 |
| SELLAR, HAZZARD, MCNEELY & MANNING<br>JIM FICENEC, ESQ.,<br>111 CIVIC DRIVE SUITE 300<br>WALNUT CREEK, CA 94596- | $145.56 |
| SENTINEL REAL ESTATE CORPORATION<br>SHERMAN & HOWARD LLC, SCOTT J. MIKULECKY, ATTORNEY<br>90 S. CASCADE<br>COLORADO SPRINGS, CO 80903 | $274.79 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| RTH PROCESSING, INC.<br>GREENE, BUCKLEY, JONES & MCQUEEN, C. RICHARD MCQUEEN<br>2970 CLAIRMONT ROAD SUITE 1010 PARK CENTRAL<br>ATLANTA, GA 30329 | $2,017.45 |
| RUTH HAWLEY<br>1511 KNOLL RIDGE<br><br>CEDAR PARK, TX 78613- | $35.33 |
| S. CENTRAL NEW YORK DISTRICT OF CARPENTERS FRINGE BENEFITS<br>ANTHONY LUMIA-MEYER SUOZZI ENGLISH & KLE<br>425 BROADHOLLOW ROAD, SUITE 405<br>MELVILLE, NY 11747- | $164.64 |
| SAINT FRANCIS WEST HEALTH CARE<br>PO BOX 6549<br><br>CHARLESTON, WV 25362-0549 | $1.10 |
| SAPALO & VELEZ<br>SECURITY BANK CENTRE<br>6476 AYOLA AVENUE MAKATI CITY, ZZ 1200<br>PHILIPPINES, | $5.43 |
| SAUL EWING, LLP<br>MARK MINUTI,<br>222 DELAWARE AVE. SUITE 1200<br>WILMINGTON, DE 19899- | $8.70 |
| SBC COMMUNICATIONS<br>TRACIE ORTIZ, BK REP., SOUTHWESTERN BELL<br>P. O. BOX 981268<br>WEST SACRAMENTO, CA 95798- | $47.23 |
| SCHMIDT, KENNITH, JR.<br>1580 LINCOLN STREET #770<br><br>DENVER, CO 80203- | $36.81 |
| SOLIDEAL INDUSTRIAL TIRE, INC.<br>CRISSY ROWLEY, COLLECTIONS SPECIALIST,<br>P. O. BOX 790070<br>CHARLOTTE, NC 28206- | $5.40 |
| SOUTH CENTRAL NEW YORK DISTRICT COUNCIL OF CARPENTERS FRINGE E<br>MEYER, SUOZZI, ENGLISH & KLEIN, P.C., ANTHONY LUMIA<br>425 BROADHOLLOW ROAD, SUITE 405<br>MELVILLE, NY 11747 | $17.99 |
| SOUTHWEST POST TENSION SYSTEMS, INC.<br>PRESIDENT,<br>2821 EAST ALEXANDER ROAD NORTH<br>LAS VEGAS, NV 89030- | $42.03 |
| SOUTHWESTER BELL TELEPHONE, L.P.<br>D. HUGHES, BANKRUPTCY REPRESENTATIVE,<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798- | $31.51 |
| SOUTHWESTER BELL TELEPHONE, L.P.<br>D. HUGHES, BANKRUPTCY REPRESENTATIVE,<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798- | $31.51 |
| SPECIALIZED CONSTRUCTION INC.<br>RICHARD E. HERTHNECK CO., L.P.A., RICHARD E. HERTHNECK, ESQ<br>20220 CENTER RIDGE ROAD<br>ROCKY CENTER, OH 44116 | $4,775.48 |
| SPORT SUPPLY GROUP, INC.<br>BRENDA CRAWFORD, LEGAL ASSISTANT,<br>DBA ATHLETIC CONNECTION LEGAL DEPARTMENT<br>FARMERS BRANCH, TX 75234- | $64.02 |
| STANLEY FOSTER<br>1801 EAST WARLOW DR. #92<br><br>GILLETTE, WY 82716- | $69.03 |
| STEPHEN ARONSON<br>26 BLACK CAT ROAD<br><br>PLYMOUTH, MA 02360- | $21.09 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| SHELDON CONSTRUCTION, INC.<br>FLETCHER CLARK TOMLINSON & FEALKO, P.C., MARK. G. CLARK,<br>522 MICHIGAN STREET 0<br>PORT HURON, MI 48060 | $4,411.22 |
| SLAUGHTER, JANICE K.<br>210 OVERLAND TRAIL, N.W.<br><br>DALTON, GA 30720- | $16.95 |
| STURDISTEEL-SCHULTZ INDUSTRIES<br>FULBRIGHT WINNIFORD, P.C., ANDY MCSWAIN, A PROFESSIONAL CORPORATION<br>425 AUSTIN AVENUE, 22ND FLOOR PO BOX 445<br>WACO, TX 76703 | $49.06 |
| SUMITOMO WAREHOUSE (U.S.A.), INC.<br>MAKOTO LOYASHIKI, SUPERVISOR,<br>900 CIRCLE 75 PARKWAY SUITE 1355<br>ATLANTA, GA 30339- | $26.44 |
| SUMMIT TESTING & INSPECTION COMPANY<br>JOHN MALIVUK,<br>P.O. BOX 2231<br>AKRON, OH 44309- | $6.10 |
| SUNBELT RENTALS<br>BETH O'CONNOR, CREDIT MANAGER,<br>700 HOLSTEIN AVE.<br>PHILADELPHIA, PA 19153- | $83.35 |
| SUTTON INDUSTRIAL HARDWARE<br>DENISE WITNIK,<br>2155 ST. CLAIR AVENUE<br>CLEVELAND, OH 44114-4068 | $7.19 |
| TENNESSEE BOARD OF REGENTS,<br>KIM Y JEFFERSON ASST ATTY GEN TN ST UNIV<br>C/O TN ATTY. GENERAL, BNKRPTCY. DIV.<br>NASHVILLE, TN 37202-0207 | $827.10 |
| THE HERTZ CORPORATION<br>PO BOX 25485<br><br>OKLAHOMA CITY, OK 73125- | $1,126.19 |
| THE MCGRAW-HILL COMPANIES<br>SHARYN DELFAVERO,<br>148 PRINCETON-HIGHTSTOWN RD.<br>HIGHTSTOWN, NJ 08520- | $443.62 |
| THE NEENAN COMPANY LLLP<br>JAMES R. HAYES,<br>P.O. BOX 2127<br>FORT COLLINS, CO 80522- | $2,205.61 |
| THOMAS TESTING, INC.<br>CHIPMAN, MAZZUCCO, FRANCIS G. PENNAROLA, ESQ.<br>30 MAIN ST, STE 204<br>DANBURY, CT 06810 | $129.07 |
| TIGARD-TUALATIN SCHOOL DISTRICT<br>BULLIVANT HOUSER BAILEY, P.C., RUSSELL D. GARRETT<br>805 BROADWAY ST.<br>VANCOUVER, WA 98660 | $27,570.12 |
| VERTEX TECHNOLOGY<br>TAD D. WAGNER,<br>1133 SOUTH ROACK ROAD STE 3<br>WICHITA, KS 67207-3357 | $26.92 |
| VI-CHEM, INC.<br>GUILLERMO PESANT, P.A.<br>1313 PONCE DE LEON BOULEVARD<br>CORAL GABLES, FL 33134-3343 | $206.78 |
| VI-CHEM, INC.<br>GUILLERMO PESANT, P.A.<br>1313 PONCE DE LEON BOULEVARD<br>CORAL GABLES, FL 33134-3343 | $206.78 |
| VIRGO PUBLISHINGS LLC<br>LYDIA HOLBEN,<br>3300 NORTH CENTRAL AVENUE SUITE 300<br>PHOENIX, AZ 85012- | $55.31 |

**Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb**

Amounts to be Remitted to the Registry of the Court

| NAME & ADDRESS | AMOUNT |
|---|---|
| STEPHEN PROSSER<br>26 STONEHINGE DR<br><br>CHATSWORTH, GA 30705- | $37.95 |
| STS SUPERIOR, INC.<br>JOE BURGESS, CFO,<br>P.O. BOX 877<br>LEWISVILLE, NC 27023- | $24.59 |
| TONER PLUS<br>LYN A. PACK, ACCTG. MANAGER,<br>8300 N. LAMAR BLVD. BUILDING A<br>AUSTIN, TX 78753- | $2.84 |
| TRANSPORT INTERNATIONAL POOL, INC.<br>PATRICIA MCVEY DBA GE CAPITAL MOD SPACE<br>80 WEST LANCASTER AVE.<br>DEVON, PA 19333- | $72.16 |
| TRIMAN TELEGOAL INC.<br>BRIAN M. BERMAN, VICE PRESIDENT,<br>415 SOUTH FEDERAL HIGHWAY<br>DANIA BEACH, FL 33004- | $43.80 |
| UHRIG CONSTRUCTION<br>LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, KENNETH MILLMAN, ESQ<br>BERKSHIRE COMMONS SUITE 400 2201 RIDGEWOOD ROAD<br>WYOMISSING, PA 19610-1193 | $377.08 |
| ULTIMATE SYSTEMS, LTD.<br>TED HORSTMAN, MEMBER,<br>P.O. BOX 465 1430 N. MAIN STREET<br>DELPHOS, OH 45833- | $639.03 |
| ULTIMATE SYSTEMS, LTD.<br>GREENE, BUCKLEY, JONES & MCQUEEN, C. RICHARD MCQUEEN<br>SUITE 1010 PARK CENTRAL 2970 CLAIRMONT ROAD<br>ATLANTA, GA 30329 | $979.43 |
| UNIMIN CORPORATION<br>PAMELA TAYLOR, CREDIT MANAGER,<br>258 ELM STREET<br>NEW CANAAN, CT 06840- | $230.89 |
| UNION SQUARE LOCK & SAFE<br>ROCKY F. MICHAELSON, OWNER,<br>1060 S. UNION BLVD.<br>LAKEWOOD, CO 80228- | $3.53 |
| UNIQUE CARPET AND FLOORING, INC.<br>HAIG A. PALOUIAN, OWNER,<br>1734 BRIDGETOWN PIKE<br>FEASTERVILLE, PA 19053- | $30.20 |
| UNIQUE CARPET AND FLOORING, INC.<br>HAIG A. PALOUIAN, OWNER,<br>1734 BRIDGETOWN PIKE<br>FEASTERVILLE, PA 19053- | $12.79 |
| VERTEX TECHNOLOGY<br>TAD D. WAGNER,<br>1133 SOUTH ROACK ROAD STE 3<br>WICHITA, KS 67207-3357 | $26.92 |
| WHATCOM OCCUPATIONAL HEALTH<br>JEAN F. PERKOWSKI, BOOKKEEPER,<br>3015 SQUALICUM PARKWAY SUITE 220<br>BELLINGTON, WA 98225- | $1.22 |
| WHITE CAP<br>WHITE CAP CONSTR SUPPLY, GARY ZWILLING,<br>DIRECTOR OF COLLECTIONS 17701 COWAN<br>IRVINE, CA 92614- | $99.14 |
| WILKO PAINT, INC.<br>BRENDA J. SANDLIN, ACCOUNTANT,<br>P.O. BOX 4089<br>WICHITA, KS 67204-0089 | $41.75 |
| WILLIAMS SCOTSMAN, INC.<br>AIMEE DUBON, LOSS MITIGATION ANALYST,<br>8211 TOWN CENTER DR.<br>BALTIMORE, MD 21236- | $20.95 |

Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb    Soutnwest Recreational Industries, Inc., - Case No. 04-40656-pwb

**Amounts to be Remitted to the Registry of the Court**

| NAME & ADDRESS | AMOUNT |
|---|---|
| VISION MULTIMEDIA<br>KEITH KNIGHT, OWNER<br>1906 DOVE RIDGE DRIVE<br>LEANDER, TX 78641- | $7.03 |
| VISION MULTIMEDIA..<br>KEITH KNIGHT, OWNER<br>1906 DOVE RIDGE DRIVE<br>LEANDER, TX 78641- | $9.09 |
| W. W. GRAINGER, INC.<br>MAXINE HUFF, 7300 MELVINA AVE., M530<br>P.O. BOX 48778<br>NILES, IL 60714- | $13.29 |
| WALLY E. SCRUGGS<br>210 PARKDALE RD.<br><br>ROSSVILLE, GA 30741- | $80.48 |
| WATKINS MOTOR LINES, INC.<br>MIKE UNKELBACH, MANAGER CREDIT - LEGAL,<br>P.O. BOX 95001<br>LAKELAND, FL 33804-5001 | $4.91 |
| WELTY, SHIMEALL, ITO & ASSOCIATES<br>YOJI HONDA<br>C.P.O BOX 995 TOKYO<br>JAPAN, | $146.09 |
| WESTALL, TONY<br>ACS,<br>7919 SOUTH COOK WAY<br>CENTENNIAL, CO 80122- | $53.07 |

**Amounts to be Remitted to the Registry of the Court**

| NAME & ADDRESS | AMOUNT |
|---|---|
| WILLIAMS SCOTSMAN, INC.<br>AIMEE DUBON, LOSS MITIGATION ANALYST,<br>8211 TOWN CENTER DR.<br>BALTIMORE, MD 21236- | $20.95 |
| WOLESENSKY, ROBERT<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, C/O JOHN A. THOMSON, JR.,<br>1201 W. PEACHTREE STREET, STE 5300<br>ATLANTA, GA 30309 | $689.25 |
| WYCON CONSTRUCTION COMPANY<br>BOATRIGHT, RIPP & SHARPE, LLC, THOMAS R. RIPP<br>4315 WADSWORTH BLVD<br>WHEAT RIDGE, CO 80033 | $497.59 |
| WYNNE HIGH SCHOOL<br>JAMES C. LUKER, ATTORNEY AT LA<br>PO BOX 216<br>WAYNNE, AR 72396 | $1,500.20 |
| XEROX CORPORATION<br>CATHY FLOWERS, CO XEROX CAPITAL SVCS LLC<br>800 CARILLION PKWY<br>ST. PETERSBURG, FL 33716- | $1,372.24 |
| XPRESS GLOBAL SYSTEMS<br>HOUSE OF ADJUSTMENTS INC.<br>715 MAMORONECK AVENUE 0<br>MAMORONECK, NY 10543-0780 | $167.19 |
| YELLOW TRANSPORTATION, INC.<br>F/K/A YELLOW FREIGHT SYSTEMS, INC.<br>D&B/RMS BANKRUPTCY SERVICES, PHYLLIS A. HAYES P.O. BOX 5126<br>TIMONIUM, MD 21094 | $215.96 |
| Total | $395,319.32 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT was deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons

Office of the United States Trustee
75 Ted Turner Drive, SW
362 Richard B. Russell Federal Building
Atlanta, GA 30303

Date:  1/31/25

By:    /s/ Ronald L. Glass
Ronald L. Glass, Chapter 7 Trustee
3445 Peachtree Road, Suite 1225
Atlanta, GA 30326

Generated: Feb 3, 2025 10:38AM

Page 1/1



# U.S. Bankruptcy Court

### Georgia Northern Bankruptcy

Receipt Date: Feb 3, 2025 10:38AM

Ronald L. Glass

| Rcpt. No: 10006290 | | Trans. Date: Feb 3, 2025 10:38AM | | | Cashier ID: #KT |
|---|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| UC | UNCLAIM -5YRS | 04-40656-pwb | 1 | 395319.32 | 395319.32 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | CHECK | #21401 | 01/31/2025 | | $395,319.32 |
| | | | Total Due Prior to Payment: | | $395,319.32 |
| | | | Total Tendered: | | $395,319.32 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Debtor:** Southwest Recreational Industries, Inc.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.